MEMO ENDORSED

# TOBIAS LAW FIRM, P.C.

ONE GRAND CENTRAL PLACE

60 EAST 42ND STREET

SUITE 3410

NEW YORK, NEW YORK 10165

TEL. (212) 661-5460   FAX (212) 202-7751

David G. Tobias                                                    dtobias@tobiaslawpc.com

March 18, 2026

**BY ECF**

Hon. Nelson S. Román, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Status Teleconf. from Sept. 3, 2026 to Oct. 15, 2026 at 10:00 am is GRANTED. Counsel are directed to ECF No. 18 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 28. Dated: March 20, 2026**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   **Cladding & Component Solutions, Inc. v. Piazza, Inc.,
      et. al., SDNY Case No. 25 CV 05784 (NSR) (AEK).**

Dear Judge Román:

My law firm is counsel to Plaintiff Cladding & Component Solutions, Inc. in the referenced case. I write this letter jointly on behalf of Plaintiff and Defendants.

On March 17, 2026, Magistrate Judge Krause entered an order (Doc. No. 27) adjourning various of the upcoming deadlines in the civil case discovery plan and scheduling order dated January 22, 2026 (Document No. 18) in the case (the "Scheduling Order"), the last of which dates is September 14, 2026, changed from July 31, 2026, for expert depositions and all discovery to be completed.

In paragraph 19 of the Scheduling Order, your Honor scheduled a case management conference for September 3, 2026, at 10 a.m. by Webex Teleconference. In light of the Magistrate Judge's changes to the Scheduling Order, it is jointly respectfully requested that the next case management conference be adjourned from September 3, 2026, at 10 a.m. to October 15, 2026, at 10 a.m. by Webex Teleconference, or to another date after September 14, which is more convenient to the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2026

Respectfully submitted,

Tobias Law Firm, P.C.

/s/      David G. Tobias
         David G. Tobias

cc:   Andreas Koudellou, Esq. – By ECF
      Anthony P. Carlucci, Jr., Esq.
      Attorneys for Defendants Piazza, Inc. and U.S. Fire Insurance Co.